UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KENDRA BURT, an individual; SARA LORETTA BREWER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-00388-LJO-SKO<br><br>**ORDER RE DISMISSAL AND DISBURSEMENT OF INTERPLEADED PROCEEDS** |

The parties having stipulated and good cause appearing therefor, IT IS ORDERED THAT

1. HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("HARTFORD") is hereby and shall be discharged from any liability to Defendants to the full extent permitted by law with respect to accidental death and

dismemberment insurance policy number ADD-9960 (the "Policy") issued by HARTFORD to the FSA-Bank of America Insurance Services and/or any certificate of coverage issued to Bennett Brewer (the "Certificate") under the Policy.

2. Defendants shall be restrained from taking, or proceeding with or commencing any action against HARTFORD or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy and/or Certificate, and/or with respect to benefits due under the Policy and/or Certificate.

3. Defendant SARA LORETTA BREWER ("BREWER") hereby disclaims and renounces any and all interest she has or may have in any and all proceeds due under Policy and/or Certificate.

4. Defendants have represented that Bennett Brewer, at the time of his death, did not have a spouse, other children (other than KENDRA BURT ("BURT")), or other parent (other than BREWER).

5. HARTFORD shall be paid the sum of $2,750 as reasonable attorney's fees and costs incurred in bringing its Complaint in Interpleader, to be paid out of the proceeds deposited with the Clerk of this Court. The parties agree that the Clerk shall issue payment to HARTFORD of the sum of $2,750 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP. The check shall be made payable to "Hartford Life and Accident Insurance Company" and mailed to its attorneys: Keiko J. Kojima, Burke, Williams & Sorensen LLP, 444 S. Flower

1  Street, Los Angeles, California 90071.

3      6.    After the payment to HARTFORD as stated in Paragraph 5 of this
4  Order, the remaining balance of the proceeds deposited with the Court, together with
5  accumulated interest, shall be issued to Defendant BURT.  The check shall be made
6  payable to "Kendra Burt" and mailed to her attorneys:  Randall M. Penner, Esq.,
7  Penner, Bradley & Simonian, 1171 W. Shaw Avenue, Suite 102, Fresno, California
8  93711.

10      7.    This action shall be dismissed in its entirety with prejudice as to all
11  parties.

13  Dated: May 18, 2010                  /s/ Lawrence J. O'Neill
14                                         United States District Court Judge